## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION
## CASE NO. 2:25-CV-00042-DCR

**DAMIEN CONNER,** *et al.*                                                                                   **PLAINTIFFS**

**v.**

**CITY OF COVINGTON,** *et al.*                                                                              **DEFENDANTS**

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Casmir M. Thornberry of Adams Law, PLLC, hereby enters his appearance as co-counsel with Jeffrey C. Mando and Olivia F. Amlung on behalf of Defendants, the City of Covington, Chief Brian Valenti, and Doug Ullrich, individually and in their official capacities. Please include the undersigned in all correspondence, pleadings, and Court Orders.

Respectfully submitted,

*/s/ Casmir M. Thornberry*
Jeffrey C. Mando, Esq. (#43548)
Olivia F. Amlung, Esq. (#97449)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200 – Fax
jmando@adamsattorneys.com
oamlung@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorneys for Defendants, City of Covington, Chief Brian Valenti, and Doug Ullrich, individually and in their official capacities*

1

## CERTIFICATE OF SERVICE

This is to certify that on the **10th** of July, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice to: Jamir Davis, Esq.

*/s/ Casmir M. Thornberry*
Casmir M. Thornberry, Esq.