UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:25-CV-00042-SCM

**DAMIEN CONNER,** *et al.*                                                  **PLAINTIFFS**

**v.**

**CITY OF COVINGTON,** *et al.*                                           **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Court's Order (R. 17), the parties report that Defendants filed a Motion to Dismiss the Complaint (R. 23), Plaintiff has responded, and Defendant filed its Reply in Support (R. 29). In light of Defendant's CR 12 Motion, there has been no other activity in the litigation.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey C. Mando* | */s/ Jamir Davis (per authorization)* |
| Jeffrey C. Mando, Esq. (#43548) | Jamir Davis, Esq. |
| Olivia F. Amlung, Esq. (#97449) | J. Davis Law Firm, PLLC |
| Casmir M. Thornberry, Esq. (#100623) | 328 Scott Street |
| ADAMS LAW, PLLC | Covington, KY 41011 |
| 40 West Pike Street | (859) 750-5033 |
| Covington, KY 41011 | jdavis@jdaviscounsel.com |
| p: 859.394.6200 \| f: 859.392.7200 | |
| jmando@adamsattorneys.com | *Attorney for Plaintiff, Damien Conner* |
| oamlung@adamsattorneys.com | |
| cthornberry@adamsattorneys.com | |

*Attorneys for Defendants, City of Covington, Chief Brian Valenti, and Doug Ullrich, individually and in their official capacities*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **1st** day of December, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice of electronic filing to: Jamir Davis, Esq.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.